**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7074**
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALBERT W. WHITE, JR.,

Defendant - Appellant.

_____

**No. 96-7076**
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALBERT W. WHITE, JR.,

Defendant - Appellant.

_____

Appeals from the United States District Court for the District of South Carolina, at Florence. William B. Traxler, Jr., District Judge. (CR-83-316, CA-96-1140, CR-84-22, CA-96-1141)

_____

Submitted: December 19, 1996     Decided: January 6, 1997

_____

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Albert W. White, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his Federal Rule of Civil Procedure 59 motion for reconsideration and his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. United States v. White, Nos. CR-83-316; CR-84-22; CA-96-1140; CA-96-1141 (D.S.C. May 24, 1996; June 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED